1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
            Office of the General Counsel
5           Social Security Administration
            6401 Security Boulevard
6           Baltimore, MD 21235
            Telephone: (510) 970-4818
7           Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant

8

9

10

11

12                   UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA
13

14  YER VANG,                          No. 1:22-CV-01101-SKO

15              Plaintiff,

16  v.                                 STIPULATED MOTION AND ORDER FOR
                                        AN EXTENSION OF TIME TO RESPOND TO
17  KILOLO KIJAKAZI,                    PLAINTIFF'S MOTION FOR SUMMARY
    Acting Commissioner of Social Security,  JUDGMENT
18
                Defendant.              (Doc. 18)
19

20

21       The parties through their respective counsel of record, hereby request that with the Court's

22  approval, Defendant's time for responding to Plaintiff's Motion for Summary Judgment be

23  extended seven (7) days from May 30, 2023 to June 6, 2023.  This is Defendant's first request for

24  an extension.  Plaintiff has no objection to Defendant's request for an extension.

25       Good cause exists for this request.  Defendant respectfully requests this additional time

26  because Counsel for Defendant has and will be unable to devote the time required to complete its

27  response.  Counsel for Defendant is currently dealing with a heavy caseload with conflicting

28

   Stipulated Motion for Extension of Time; Order

deadlines and Counsel will also be out of the office May 26-31, 2023.  Given workload conflicts

and upcoming leave schedule a one-week extension until June 6, 2023 will provide an

opportunity for the undersigned Counsel for Defendant to prioritize completing the response to

Plaintiff's Motion for Summary Judgment.  Counsel apologizes to the Court for any

inconvenience caused by this delay and does not anticipate the need for any further extensions.

All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: May 25, 2023                    By:    *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

PEÑA & BROMBERG, PLC

DATE: May 25, 2023                    By:    */s/ Jonathan Peña* *
JONATHAN PEÑA
Attorneys for Plaintiff
(*as authorized by email)

ORDER

     Pursuant to Defendant's Stipulated Motion (Doc. 18), and for good cause shown (Fed. R.

Civ. P. 16(b)(4)), IT IS SO ORDERED that Defendant shall have an extension, up to and

including June 6, 2023, to respond to Plaintiff's Motion for Summary Judgment.  All other

deadlines in the Scheduling Order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:    **May 30, 2023**                              */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE