Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Yer Vang

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Yer Vang,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  1:22-cv-01101-SKO<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER RE: STIPULATION AND DENYING MOTION FOR ATTORNEY'S FEES AS MOOT**<br><br>**(Docs. 23 & 26)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of  ZERO dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña.

Plaintiff's net worth did not exceed $2,000,000.00 when this action was filed.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

1

Dated: September 14, 2023          /s/ *Jonathan O. Peña*
                                   JONATHAN O. PEÑA

2                                  Attorney for Plaintiff

3

4    Dated: September 14, 2023          PHILLIP A. TALBERT
                                        United States Attorney

5                                       MATHEW W. PILE
                                        Associate General Counsel

6                                       Office of Program Litigation

7                                       Social Security Administration

8
                                   By:  _*_ *Oscar Gonzalez de Llano*
9                                       Oscar Gonzalez de Llano
                                        Special Assistant U.S. Attorney
10                                      Attorneys for Defendant
                                        (*Permission to use electronic signature
11                                      obtained via email on September 14, 2023).

12

13
                              **ORDER**
14

15        Based upon the parties' Stipulation for the Award and Payment of Equal Access

16   to Justice Act Fees and Expenses (the "Stipulation") (Doc. 26),

17
          **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND
18

19   SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) as authorized by the Equal Access

20   to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of  ZERO dollars

21
     ($0.00) under 28 U.S.C. §1920,  be awarded subject to the terms of the Stipulation.
22

23        **IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees (Doc.

24   23) is DENIED as MOOT.

25

26

27   IT IS SO ORDERED.

28

1

Dated:   **September 15, 2023**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28